UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Pedro Arcebos_

_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

_New York City 3_
_Dept of Corr, Unnamed_
_employees ET AL_

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

_____
Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: _____

II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____        _____
First Name    Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_____
Current Place of Detention

_____
Institutional Address

_____
County, City    State    Zip Code

III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: *City Hall*
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address
*New York / NY / 10007*
County, City / State / Zip Code

Defendant 2: *Department of Corrections NYC Bldg*
First Name / Last Name / Shield #

*D-O-C Headquarters Bulova*
Current Job Title (or other identifying information)

*75-20 Astoria Blvd*
Current Work Address

*East Elmhurst / NY / 11370*
County, City / State / Zip Code

Defendant 3: *Corporation Counsel*
First Name / Last Name / Shield #

Current Job Title (or other identifying information)
*100 Church St*

Current Work Address
*New York / NY / 10007*
County, City / State / Zip Code

Defendant 4:
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

*served everyone more than one*

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: AMKC

Date(s) of occurrence: for 12 month and more straight
FACTS: 02-01-22 to 02-14-23

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

they've been violating my religious rights (const Amend. I, IX - RLUIPA - Religious rights Act) I need a lawyer court appointed cause I got to send every 8 months for a 3 weeks when C-O Martin and Bucan is around she knows that D-O-C is violating all my rights like I-G investigators said in 06-01-22 when they took photos of evidence and interviewed 20 detainees that they block-ing and opening my mail and others! 2) unreasonable seizures without no cause 3) exonerating evidence 3) Attacking and spraying old man P Prowler and Realtor "G" of ex rel people Burge v schr plan can you help me with my writ and submission (so if you don't appoint me a lawyer and I miss a deadline cause they holding mail for months when CO Martin not around its prejudice and bias especially when I suffered multiple serious inj-

Now for over a year they've denied me razors so I can cut my underarm, pubic and etc hairs so I can perform my religious prayers and spiritual off-erings. Only offering a half ass barber shop when

Page 4

go to court which is mostly 3 months the spact and you still can't get barber shop in all two time when you go to court. So every day I'm deprived of personal hygiene religious rights and spiritual rights and practicing my religion

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

$1,000,000.00 Punitive Damages
$1,000,000.00 Compensative Damages

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: [signature]
Plaintiff's Signature: [signature]

First Name: [signature]   Middle Initial: [signature]   Last Name: [signature]

Prison Address: [signature]

County, City: East Elmhurst   State: NY   Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 07-16-23

Page 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andre Hakobyan

_____
*(List the name(s) of the plaintiff(s)/petitioner(s).)*

____ Civ. _____ (____)(____)

- against -

**AFFIRMATION OF SERVICE**

New York City Dept of Employment
of New York

_____
*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* Andre Hakobyan, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: _____

_____

_____

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* _____ to the

following persons *(list the names and addresses of the people you served)*: corporation counsel 100 church st NYC 10007 city Hall NYC 10007 Jobs plus calling city Hall East Elmhurst 25-30 Astoria Blvd East Elmhurst

on *(date you served the document(s))* _____.

07-16-23
Dated

Signature: Andre Hak
Address: 18 D hazen st
City, State: East Elmhurst NY
Zip: 11370

Telephone Number

E-Mail Address

*Rev. 01/2013*

Andre Rhodes
345-00-345
1918 Hazen St
East Elmhurst Ny 11370

United States District court
Southern district of New York
Attn 3 clerk of courts also again to Judge
Swain to help with writ of Ex rel people
Burse v schraldi need same relief as Realtor "G"
500 pearl Street
New York New York 10007

Social security
no more free
mail 8-10-23