UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRE ANTROBUS,

                  Plaintiff,

-against-

NEW YORK CITY, ET AL.,

                  Defendants.

23-CV-7038 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the January 18, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 18, 2024
             New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                Chief United States District Judge