UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ANDRE ANTROBUS,  :
:
                     Plaintiff,  :
:          23-CV-7038 (JMF)
     -v-  :
:                ORDER
NEW YORK CITY et al,  :
:
                     Defendants.  :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 29, 2025, Defendants filed a motion to dismiss the Complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  ECF Nos. 26-27.  Thereafter, on September 2, 2025, the Court ordered Plaintiff to file any amended complaint by October 10, 2025.  ECF No. 30.  Since Plaintiff filed an amended complaint on September 22, 2025, ECF No. 31, per the Court's prior Order, Defendants have **three weeks from that date** to (1) file an answer; (2) file a new motion to dismiss; or (3) file a new letter on ECF stating that they rely on the previously filed motion to dismiss, ECF No. 30.  That period has not expired, and Defendants have not yet indicated how they intend to proceed.  Accordingly, Plaintiff's opposition, ECF No. 32, to the previous motion to dismiss is premature.  Once Defendants indicate their course of action, the Court will file an Order clarifying the next steps in the litigation.

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: September 30, 2025
       New York, New York

                                                    JESSE M. FURMAN
                                                    United States District Judge