UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANDRE ANTROBUS,

                Plaintiff,

        -v-

NEW YORK CITY et al,

               Defendants.
------------------------------------------------------------------------X

23-CV-7038 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 37, Defendants' earlier motion to dismiss filed at Docket No. 27 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **December 19, 2025**. Defendant's reply, if any, is due by **January 9, 2026**.

      The Clerk of Court is directed to terminate Docket No. 27 and to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: November 17, 2025
       New York, New York

                                                JESSE M. FURMAN
                                        United States District Judge