UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                 :

ANDRE ANTROBUS,                                     :

                 Plaintiff,                     :

                        :          23-CV-7038 (JMF)

        -v-                                        :

                        :            ORDER

NEW YORK CITY et al,                               :

               Defendants.                      :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 29, 2025, after Plaintiff failed to file any opposition to Defendants' motion to dismiss, the Court ordered Plaintiff to "show good cause in writing why Defendants' motion should not be deemed unopposed." ECF No. 41. In light of Plaintiff's recent communication, *see* ECF No. 42, the Court hereby extends, *nunc pro tunc*, Plaintiff's deadline to file any opposition to the pending motion to dismiss to **February 4, 2026.** Any such opposition shall be filed **no later than this date.** If no opposition is filed by the Court's deadline, Defendants shall treat Plaintiff's earlier opposition, *see* ECF No. 32, to the extent relevant, as well as his new filing, *see* ECF No. 42, as his opposition. Any reply shall be filed by **February 11, 2026**.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: January 14, 2026
      New York, New York                  _____
                                  JESSE M. FURMAN
                                United States District Judge