UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE ANTROBUS,<br>Plaintiff,<br>-v-<br>NEW YORK CITY et al.,<br>Defendants. | 23-CV-7038 (JMF)<br>ORDER |

JESSE M. FURMAN, United States District Judge:

On September 9, 2026, Defendants moved to adjourn *sine die* the pretrial conference previously scheduled for September 23, 2026, at 3:00 p.m., informing the Court that Plaintiff was adjudicated incapacitated in connection with his state law criminal case, *People of the State of New York v. Andre Antrobus*, Indictment No. 70448-22. *See* ECF No. 47. The Court does not intimate a view on Plaintiff's competency to proceed with this action in federal court. But given the ongoing developments in the state court action, proceedings in this case are hereby STAYED, and the pretrial conference is ADJOURNED *sine die*.

Defendants are directed to file a status report one the first business day of every other month beginning with **November 2026**, apprising the Court of the status of the state-court proceedings and any updates regarding Plaintiff's competency.

The Clerk of Court is directed to terminate ECF No. 47 and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: September 11, 2026
New York, New York

JESSE M. FURMAN
United States District Judge