UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRE ANTROBUS,

Plaintiff,

-v-

NEW YORK CITY et al.,

Defendants.

---

23-CV-7038 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

When Andre Antrobus filed this *pro se* complaint, he was incarcerated at the George R. Vierno Center ("GRVC"), 09-09 Hazen Street, East Elmhurst, NY 11370. On August 5, 2026, the Court issued a notice of an initial pretrial conference, *see* ECF No. 45, which was mailed to Plaintiff at GRVC. On November 18, 2026, the order was returned to the Court as undeliverable. Plaintiff has not updated his address or otherwise communicated with the Court, and it is not clear that he intends to proceed with this action.

Defendant is hereby directed to ensure that the Court's Order at ECF No. 45, as well as all filings post-dating that order, are served on Petitioner within **two business days of this Order**. Within **three business days of this Order**, the Defendant shall file a letter confirming Plaintiff was so served and providing the correct address for Plaintiff. Plaintiff is reminded that, under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action for failure to prosecute if the plaintiff fails to timely update his address. *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001); *see Fields v. Beem*, No. 13-CV-0005 (GTS/DEP), 2013 WL 3872834, at *2 (N.D.N.Y. July 24, 2013) ("A plaintiff is required to notify the Court when his address changes, and failure to do so is sufficient to justify dismissal of a plaintiff's complaint.") (collecting cases). Accordingly, the Court directs Plaintiff to promptly update his address in the event that he is no longer at GRVC. Should Plaintiff fail to update his address or indicate an intention to proceed with this case, the Court may dismiss the action without prejudice for failure to prosecute.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: November 19, 2026
New York, New York

JESSE M. FURMAN
United States District Judge